**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JAMES ODOM,

*Plaintiff-Appellant,*

v.

MICROSOFT CORPORATION, a
Washington corporation; BEST BUY
CO., INC., a Minnesota corporation,
*Defendants-Appellees.*

No. 04-35468

D.C. No.
CV-03-02976-MJP

ORDER

Filed September 28, 2006

Before: Mary M. Schroeder, Chief Judge.

---

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.

---

[1]Judges Pregerson, McKeown, Wardlaw, Gould, Clifton, Smith, and Ikuta are recused.

17291

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.